PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ANTONIO SORONDO JR.,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 1:22-CR-00152-JLT-SKO<br><br>STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT<br><br>DATE: August 21, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**BACKGROUND**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By this stipulation, defendant now moves to continue the status conference to November 20, 2024, at 1:00 p.m. The defendant also requests that the Court exclude time between August 21, 2024, and November 20, 2024, under 18 U.S.C. § 3161(h)(7)(A), B (i) (ii), and (iv).

2. The parties agree and stipulate, and request that the Court find the following:

　　a) The government has represented that the discovery associated with this case includes wiretap recordings, thousands of pages of investigative reports, surveillance video, audio recordings, cell phone extractions, and other voluminous materials. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

　　b) Undersigned counsel has been on the case for less than six months and needs

1 additional time to consult with her client, review the voluminous discovery, conduct independent
2 investigation, and pursue a potential pretrial resolution of the case.

3      c)   A plea offer has been made in this case and defense needs additional time to
4 review the offer, investigate, discuss the offer with his client, and prepare for any change of plea
5 hearing.

6      d)   Counsel for defendant believes that failure to grant the above-requested
7 continuance would deny her the reasonable time necessary for effective preparation, taking into
8 account the exercise of due diligence.

9      e)   The government does not object to the continuance.

10     f)   Based on the above-stated findings, the ends of justice served by continuing the
11 case as requested outweigh the interest of the public and the defendant in a trial within the
12 original date prescribed by the Speedy Trial Act.

13     g)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
14 et seq., within which trial must commence, the time period of August 21, 2024 to November 20,
15 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) (ii), and (iv)
16 because it is so unusual or so complex, due to the number of defendants, the nature of the
17 prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect
18 adequate preparation for pretrial proceedings or for the trial itself within the time limits
19 established by this section and because failure to grant the continuance would deny the defendant
20 reasonable time to obtain counsel, would unreasonably deny the defendant or the Government
21 continuity of counsel, or would deny counsel for the defendant or the attorney for the
22 Government the reasonable time necessary for effective preparation, taking into account the
23 exercise of due diligence.

24 3.   Nothing in this stipulation and order shall preclude a finding that other provisions of the
25 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
26 must commence.

27      IT IS SO STIPULATED.

28

Dated: August 12, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated: August 12, 2024

/s/ Melissa Baloian
Melissa Baloian
Counsel for Defendant
ANTONIO SORONDO JR.

**ORDER**

IT IS SO ORDERED.

DATED: 8/12/2024

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE